**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MORLEY, MICHAEL H.       MORLEY, PAMELA J.Debtor(s) | § Case No. 14-80299-TML §§§ |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 31, 2014. The undersigned trustee was appointed on October 20, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         50,000.00

      Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $         50,000.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

     6. The deadline for filing non-governmental claims in this case was 01/22/2015 and the deadline for filing governmental claims was 01/22/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,828.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $2,828.72, for a total compensation of $2,828.72.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/16/2015     By: /s/STEPHEN G. BALSLEY
                          Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-80299-TML  
**Case Name:** MORLEY, MICHAEL H.  
                MORLEY, PAMELA J.  
**Period Ending:** 02/16/15

**Trustee:** (330410)   STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/31/14 (f)  
**§341(a) Meeting Date:** 03/06/14  
**Claims Bar Date:** 01/22/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 201 Village Trail, McHenry, IL 60050 | 185,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2 Cemetary Plots, Windridge, Cary, IL | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account First Midwest Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account Glenview State Bank | 450.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous Household Goods and Furnishings | 1,800.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous Books and Artwork | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and Shoes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Costume Jewelry and Wedding Rings | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Shot Gun | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance Policy Genworth Financial | 0.00 | 0.00 | | 0.00 | FA |
| 11 | IRA Edward Jones | 3,900.00 | 0.00 | | 0.00 | FA |
| 12 | Roth IRA Edward Jones | 245.00 | 0.00 | | 0.00 | FA |
| 13 | IRA Edward Jones | 58,000.00 | 0.00 | | 0.00 | FA |
| 14 | Mike's Quality Carpentry, LLC Home Remodeling Bu | 3,500.00 | 0.00 | | 0.00 | FA |
| 15 | 2002 Volvo S80 165,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1994 Ford E-150 Van 135,000 miles | 1,000.00 | 500.00 | | 0.00 | FA |
| 17 | 2004 Freightliner Sprinter Cargo Van 200,000 mil | 2,500.00 | 100.00 | | 0.00 | FA |
| 18 | Wells Cargo Closed Trailer, 12 feet | 1,500.00 | 750.00 | | 0.00 | FA |
| 19 | Laptop Computer, Printer, Fax Machine | 200.00 | 0.00 | | 0.00 | FA |
| 20 | Miscellaneous Hand Tools, Table Saws, Skill Saws | 1,200.00 | 0.00 | | 0.00 | FA |
| 21 | Lawn Mower and Miscellaneous Yard Equipment | 250.00 | 0.00 | | 0.00 | FA |
| 22 | Estate of Nola Carline Myracle - TN Probate (u) | 0.00 | 150,000.00 | | 50,000.00 | FA |
| 22 | **Assets** Totals (Excluding unknown values) | **$266,795.00** | **$151,350.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80299-TML  
**Case Name:** MORLEY, MICHAEL H.  
MORLEY, PAMELA J.  
**Period Ending:** 02/16/15

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/31/14 (f)  
**§341(a) Meeting Date:** 03/06/14  
**Claims Bar Date:** 01/22/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  June 1, 2016      **Current Projected Date Of Final Report (TFR):**  February 16, 2015  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 14-80299-TML | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** MORLEY, MICHAEL H. | **Bank Name:** Rabobank, N.A. |
| MORLEY, PAMELA J. | **Account:** ******1166 - Checking Account |
| **Taxpayer ID #:** **-***3755 | **Blanket Bond:** $598,000.00 (per case limit) |
| **Period Ending:** 02/16/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/03/15 | {22} | Pamela J. Morley | Funds received from life insurance policies in re Nola Carline Myracle | 1249-000 | 50,000.00 | | 50,000.00 |
| | | | **ACCOUNT TOTALS** | | 50,000.00 | 0.00 | $50,000.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 50,000.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$0.00** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1166** | 50,000.00 | 0.00 | 50,000.00 |
| | **$50,000.00** | **$0.00** | **$50,000.00** |

{} Asset reference(s)      Printed: 02/16/2015 02:37 PM    V.13.20

# Exhibit C

## Case: 14-80299-TML   MORLEY, MICHAEL H.

Claims Bar Date:   01/22/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>01/31/14 | | $3,004.00<br>$3,004.00 | $0.00 | $3,004.00 |
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br><br>ROCKFORD, IL 61108<br><br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>01/31/14 | [Updated by Surplus to Debtor Report based on Net Estate Value: 20787.17] | $2,828.72<br>$2,828.72 | $0.00 | $2,828.72 |
| 1 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/24/14 | TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 731248866<br>-----------------------------------------------------------------------------* * * | $81.95<br>$81.95 | $0.00 | $81.95 |
| 1I | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>10/24/14 | | $0.10<br>$0.10 | $0.00 | $0.10 |
| 2P | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br><5800-00   Claims of Governmental Units>, 570 | Priority<br>10/28/14 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 191017346<br>-----------------------------------------------------------------------------* * * | $9,887.41<br>$9,887.41 | $0.00 | $9,887.41 |
| 2U | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>10/28/14 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 191017346<br>-----------------------------------------------------------------------------* * * | $2,023.59<br>$2,023.59 | $0.00 | $2,023.59 |

# Exhibit C

## Case: 14-80299-TML    MORLEY, MICHAEL H.

Claims Bar Date:  01/22/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/10/14 | PO Box 71083<br>Charlotte, NC 282721083<br>---------------------------------------------------------------------------------* * *<br>Claim No. 3 is allowed as a general unsecured claim, but disallowed for purposes of distribution.  See Order Sustaining Objection to Claim No. 3 entered January 21, 2015. | $525.00 *<br>$0.00 | $0.00 | $0.00 |
| 4P | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338<br><br><5800-00  Claims of Governmental Units>,  570 | Priority<br>11/19/14 | Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 606640338<br>---------------------------------------------------------------------------------* * * | $199.95<br>$199.95 | $0.00 | $199.95 |
| 4U | Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/19/14 | Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 606640338<br>---------------------------------------------------------------------------------* * * | $78.80<br>$78.80 | $0.00 | $78.80 |
| 5 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><br><7100-00  General Unsecured § 726(a)(2)>,  610 | Unsecured<br>01/07/15 | Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 296030368<br>---------------------------------------------------------------------------------* * *<br>Claim No. 5 is allowed as a general unsecured claim, but disallowed for purposes of distribution.  See Order of Objection to Claim No. 5 entered February 9, 2015. | $885.31 *<br>$0.00 | $0.00 | $0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured<br>01/13/15 | of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>---------------------------------------------------------------------------------* * * | $2,453.58<br>$2,453.58 | $0.00 | $2,453.58 |

(*) Denotes objection to Amount Filed

# Exhibit C

## Case: 14-80299-TML  MORLEY, MICHAEL H.

Claims Bar Date: 01/22/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 6I | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured 01/13/15 | | $3.14 $3.14 | $0.00 | $3.14 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 7 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured 01/15/15 | of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 ----------------------------------------------------------------------------* * * | $210.05 $210.05 | $0.00 | $210.05 |
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 7I | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Unsecured 01/15/15 | | $0.27 $0.27 | $0.00 | $0.27 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 2PI | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured 10/28/14 | | $12.66 $12.66 | $0.00 | $12.66 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 2UI | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured 10/28/14 | | $2.59 $2.59 | $0.00 | $2.59 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 4PI | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | Unsecured 11/19/14 | | $0.26 $0.26 | $0.00 | $0.26 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 4UI | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | Unsecured 11/19/14 | | $0.10 $0.10 | $0.00 | $0.10 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |

# Exhibit C

## Case: 14-80299-TML    MORLEY, MICHAEL H.

Claims Bar Date: 01/22/15

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SURPLUS | MORLEY, PAMELA J. 201 VILLAGE TRAIL MCHENRY, IL 60050 | Unsecured 01/31/14 | | $29,212.83 $29,212.83 | $0.00 | $29,212.83 |
| | <8200-00   Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$50,000.00** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 14-80299-TML
Case Name: MORLEY, MICHAEL H.
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 50,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 50,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,828.72 | 0.00 | 2,828.72 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,004.00 | 0.00 | 3,004.00 |

Total to be paid for chapter 7 administration expenses: $ 5,832.72
Remaining balance: $ 44,167.28

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 44,167.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,087.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department of the Treasury | 9,887.41 | 0.00 | 9,887.41 |
| 4P | Illinois Department of Revenue | 199.95 | 0.00 | 199.95 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 10,087.36 |
| Remaining balance: | $ 34,079.92 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,847.97 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 81.95 | 0.00 | 81.95 |
| 2U | Department of the Treasury | 2,023.59 | 0.00 | 2,023.59 |
| 3 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 78.80 | 0.00 | 78.80 |
| 5 | Advanta Bank Corporation | 0.00 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 2,453.58 | 0.00 | 2,453.58 |
| 7 | PYOD, LLC its successors and assigns as assignee | 210.05 | 0.00 | 210.05 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 4,847.97 |
| Remaining balance: | $ 29,231.95 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 29,231.95 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 29,231.95

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.12. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,212.83.

**UST Form 101-7-TFR (05/1/2011)**