# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MORLEY, MICHAEL H. § Case No. 14-80299-TML
      MORLEY, PAMELA J. §
       §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 04/29/2015 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: 04/07/2015   By: /s/ STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: MORLEY, MICHAEL H. | § | Case No. 14-80299-TML |
| MORLEY, PAMELA J. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 50,000.00 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 50,000.00 |
| **Balance on hand:** | $ 50,000.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 50,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,828.72 | 0.00 | 2,828.72 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 3,004.00 | 0.00 | 3,004.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,832.72 |
| Remaining balance: | $ 44,167.28 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $        0.00
Remaining balance:                                             $   44,167.28

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,087.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2P | Department of the Treasury | 9,887.41 | 0.00 | 9,887.41 |
| 4P | Illinois Department of Revenue | 199.95 | 0.00 | 199.95 |

Total to be paid for priority claims:   $   10,087.36
Remaining balance:                      $   34,079.92

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,847.97 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 81.95 | 0.00 | 81.95 |
| 2U | Department of the Treasury | 2,023.59 | 0.00 | 2,023.59 |
| 3 | Capital One Bank (USA), N.A. | 0.00 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 78.80 | 0.00 | 78.80 |
| 5 | Advanta Bank Corporation | 0.00 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 2,453.58 | 0.00 | 2,453.58 |
| 7 | PYOD, LLC its successors and assigns as assignee | 210.05 | 0.00 | 210.05 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,847.97 |
| Remaining balance: | $ | 29,231.95 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 29,231.95 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 29,231.95 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $19.12. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,212.83.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael H. Morley  
Pamela J. Morley  
    Debtors

Case No. 14-80299-TML  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3    User: vgossett    Page 1 of 2    Date Rcvd: Apr 08, 2015  
                     Form ID: pdf006    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2015.

```
db/jdb         +Michael H. Morley,    Pamela J. Morley,    201 Village Trail,    McHenry, IL 60050-5488
21478770       +Aetna Life Insurance Company,    P.O. Box 189148,    Plantation, FL 33318-9148
21478771       +Armaclad,    4422 West 46th Street,    Chicago, IL 60632-4361
21478772        Bank of America,    4060 Ogletown/Stanton Road,    Newark, DE 19713
21478773        Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
21478774       +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
21478775      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     PO Box 85520,    Richmond, VA 23285)
21478776       +Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
22618942        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
21478777       +Capital One/Best Buy,    PO Box 5253,    Carol Stream, IL 60197-5253
21478778        Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
21478780        Cardmember Service,    P.O. Box 15548,    Wilmington, DE 19886-5548
21478781       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
21478784        Chase Bank,    PO Box 15153,    Wilmington, DE 19886-5153
21478785       +Comenity Capital/Hsn,    995 West 122nd Avenue,    Westminster, CO 80234-3417
21478788        Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
21478790       +James Yachinich,    125 Hearthstone,    Bartlett, IL 60103-1391
21478797        LL Bean Visa Card,    PO Box 13337,    Philadelphia, PA 19101-3337
21478798       +Portfolio Management Cneter,    201 North Central Ave,    Phoenix, AZ 85004-0073
21478799        Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
21478800       +Sears/Cbna,    PO Box 6282,    Sioux Falls, SD 57117-6282
21478801       +Tcf Banking & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475
21478802       +Td/Target,    3701 Wayzata Boulevard,    Minneapolis, MN 55416-3401
21478803       +The Home Depot/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
21478769        +E-mail/Text: bkr@cardworks.com Apr 09 2015 01:18:20     Advanta Bank,    PO Box 31032,
                 Tampa, FL 33631-3032
22799380         E-mail/Text: bkr@cardworks.com Apr 09 2015 01:18:20     Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
22554958         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2015 01:24:46
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK  73124-8866
21478787         E-mail/PDF: mrdiscen@discover.com Apr 09 2015 01:24:33     Discover Financial,    PO Box 15316,
                 Wilmington, DE 19850
21478789         E-mail/Text: cio.bncmail@irs.gov Apr 09 2015 01:18:52     Department of the Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
21478786        +E-mail/PDF: mrdiscen@discover.com Apr 09 2015 01:24:33     Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
21478796         E-mail/Text: bnckohlsnotices@becket-lee.com Apr 09 2015 01:18:44     Kohls/Capone,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
22815463        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 09 2015 01:24:45
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21478779*        Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
21478783*       +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
21478782*       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
21478791*       +James Yachinich,    125 Hearthstone,    Bartlett, IL 60103-1391
21478792*       +James Yachinich,    125 Hearthstone,    Bartlett, IL 60103-1391
21478793*       +James Yachinich,    125 Hearthstone,    Bartlett, IL 60103-1391
21478794*       +James Yachinich,    125 Hearthstone,    Bartlett, IL 60103-1391
21478795*       +James Yachinich,    125 Hearthstone,    Bartlett, IL 60103-1391
                                                                                   TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: vgossett              Page 2 of 2              Date Rcvd: Apr 08, 2015
                              Form ID: pdf006             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2015                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2015 at the address(es) listed below:
              Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rebecca A Lamm    on behalf of Joint Debtor Pamela J. Morley rlamm@fgmlaw.com
              Rebecca A Lamm    on behalf of Debtor Michael H. Morley rlamm@fgmlaw.com
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com
              Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
                                                                                             TOTAL: 6
```