**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MORLEY, MICHAEL H. § | Case No. 14-80299-TML |
| MORLEY, PAMELA J. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $266,795.00          Assets Exempt: $106,245.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $14,954.45          Claims Discharged
                                                    Without Payment: $188,658.91

Total Expenses of Administration: $5,832.72

---

    3) Total gross receipts of $ 50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 29,212.83 (see **Exhibit 2**), yielded net receipts of $20,787.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $198,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,832.72 | 5,832.72 | 5,832.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,600.00 | 10,087.36 | 10,087.36 | 10,087.36 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 185,577.11 | 6,277.40 | 4,867.09 | 4,867.09 |
| **TOTAL DISBURSEMENTS** | $389,177.11 | $22,197.48 | $20,787.17 | $20,787.17 |

4) This case was originally filed under Chapter 7 on January 31, 2014. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/31/2015          By: /s/STEPHEN G. BALSLEY
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estate of Nola Carline Myracle - TN Probate | 1249-000 | 50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MORLEY, PAMELA J. | Dividend paid 100.00% on $29,212.83; Claim# SURPLUS; Filed: $29,212.83; Reference: | 8200-002 | 29,212.83 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$29,212.83** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Tcf Banking & Savings | 4110-000 | 198,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$198,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,828.72 | 2,828.72 | 2,828.72 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,004.00 | 3,004.00 | 3,004.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$5,832.72** | **$5,832.72** | **$5,832.72** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | Department of the Treasury | 5800-000 | N/A | 9,887.41 | 9,887.41 | 9,887.41 |
| 4P | Illinois Department of Revenue | 5800-000 | N/A | 199.95 | 199.95 | 199.95 |
| NOTFILED | Internal Revenue Service | 5200-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue Bankruptcy Section | 5200-000 | 600.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $5,600.00 | $10,087.36 | $10,087.36 | $10,087.36 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 81.95 | 81.95 | 81.95 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 0.10 | 0.10 | 0.10 |
| 2U | Department of the Treasury | 7100-000 | N/A | 2,023.59 | 2,023.59 | 2,023.59 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 525.00 | 0.00 | 0.00 |
| 4U | Illinois Department of Revenue | 7100-000 | N/A | 78.80 | 78.80 | 78.80 |
| 5 | Advanta Bank Corporation | 7100-000 | 916.20 | 885.31 | 0.00 | 0.00 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,602.00 | 2,453.58 | 2,453.58 | 2,453.58 |
| 6I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 3.14 | 3.14 | 3.14 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 210.05 | 210.05 | 210.05 |
| 7I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 0.27 | 0.27 | 0.27 |
| 2PI | Department of the Treasury | 7990-000 | N/A | 12.66 | 12.66 | 12.66 |
| 2UI | Department of the Treasury | 7990-000 | N/A | 2.59 | 2.59 | 2.59 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4PI | Illinois Department of Revenue | 7990-000 | N/A | 0.26 | 0.26 | 0.26 |
| 4UI | Illinois Department of Revenue | 7990-000 | N/A | 0.10 | 0.10 | 0.10 |
| NOTFILED | Chase | 7100-000 | 398.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2,846.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One/Best Buy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 130,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 8,536.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Capital/Hsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank | 7100-000 | 11,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Td/Target | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot/Cbna | 7100-000 | 4,485.00 | N/A | N/A | 0.00 |
| NOTFILED | LL Bean Visa Card | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capone | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | James Yachinich | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 8,792.00 | N/A | N/A | 0.00 |
| NOTFILED | Armaclad | 7100-000 | 3,001.91 | N/A | N/A | 0.00 |
| NOTFILED | Aetna Life Insurance Company | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$185,577.11** | **$6,277.40** | **$4,867.09** | **$4,867.09** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80299-TML  
**Case Name:** MORLEY, MICHAEL H.  
MORLEY, PAMELA J.  
**Period Ending:** 07/31/15

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/31/14 (f)  
**§341(a) Meeting Date:** 03/06/14  
**Claims Bar Date:** 01/22/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 201 Village Trail, McHenry, IL 60050 | 185,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2 Cemetary Plots, Windridge, Cary, IL | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account First Midwest Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account Glenview State Bank | 450.00 | 0.00 | | 0.00 | FA |
| 5 | Miscellaneous Household Goods and Furnishings | 1,800.00 | 0.00 | | 0.00 | FA |
| 6 | Miscellaneous Books and Artwork | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and Shoes | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Costume Jewelry and Wedding Rings | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Shot Gun | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Term Life Insurance Policy Genworth Financial | 0.00 | 0.00 | | 0.00 | FA |
| 11 | IRA Edward Jones | 3,900.00 | 0.00 | | 0.00 | FA |
| 12 | Roth IRA Edward Jones | 245.00 | 0.00 | | 0.00 | FA |
| 13 | IRA Edward Jones | 58,000.00 | 0.00 | | 0.00 | FA |
| 14 | Mike's Quality Carpentry, LLC Home Remodeling Bu | 3,500.00 | 0.00 | | 0.00 | FA |
| 15 | 2002 Volvo S80 165,000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1994 Ford E-150 Van 135,000 miles | 1,000.00 | 500.00 | | 0.00 | FA |
| 17 | 2004 Freightliner Sprinter Cargo Van 200,000 mil | 2,500.00 | 100.00 | | 0.00 | FA |
| 18 | Wells Cargo Closed Trailer, 12 feet | 1,500.00 | 750.00 | | 0.00 | FA |
| 19 | Laptop Computer, Printer, Fax Machine | 200.00 | 0.00 | | 0.00 | FA |
| 20 | Miscellaneous Hand Tools, Table Saws, Skill Saws | 1,200.00 | 0.00 | | 0.00 | FA |
| 21 | Lawn Mower and Miscellaneous Yard Equipment | 250.00 | 0.00 | | 0.00 | FA |
| 22 | Estate of Nola Carline Myracle - TN Probate (u) | 0.00 | 150,000.00 | | 50,000.00 | FA |
| **22** | **Assets** Totals (Excluding unknown values) | **$266,795.00** | **$151,350.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-80299-TML  
**Case Name:** MORLEY, MICHAEL H.  
MORLEY, PAMELA J.  
**Period Ending:** 07/31/15

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/31/14 (f)  
**§341(a) Meeting Date:** 03/06/14  
**Claims Bar Date:** 01/22/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** June 1, 2016    **Current Projected Date Of Final Report (TFR):** February 16, 2015 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-80299-TML  
**Case Name:** MORLEY, MICHAEL H.  
MORLEY, PAMELA J.  
**Taxpayer ID #:** \*\*-\*\*\*3755  
**Period Ending:** 07/31/15

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*1166 - Checking Account  
**Blanket Bond:** $8,842,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/03/15 | {22} | Pamela J. Morley | Funds received from life insurance policies in re Nola Carline Myracle | 1249-000 | 50,000.00 | | 50,000.00 |
| 04/30/15 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,004.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,004.00 | 46,996.00 |
| 04/30/15 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,828.72, Trustee Compensation;  Reference: | 2100-000 | | 2,828.72 | 44,167.28 |
| 04/30/15 | 103 | MORLEY, PAMELA J. | Dividend paid 100.00% on $29,212.83; Claim# SURPLUS; Filed: $29,212.83; Reference: | 8200-002 | | 29,212.83 | 14,954.45 |
| 04/30/15 | 104 | American InfoSource LP as agent for | Combined Check for Claims#1,1I | | | 82.05 | 14,872.40 |
| | | | Dividend paid 100.00% on $81.95;  Claim# 1; Filed: $81.95 | 7100-000 | 81.95 | | 14,872.40 |
| | | | Dividend paid 100.00% on $0.10;  Claim# 1I; Filed: $0.10 | 7990-000 | 0.10 | | 14,872.40 |
| 04/30/15 | 105 | Department of the Treasury | Combined Check for Claims#2U,2P,2PI,2UI | | | 11,926.25 | 2,946.15 |
| | | | Dividend paid 100.00% on $2,023.59;  Claim# 2U; Filed: $2,023.59 | 7100-000 | 2,023.59 | | 2,946.15 |
| | | | Dividend paid 100.00% on $9,887.41;  Claim# 2P; Filed: $9,887.41 | 5800-000 | 9,887.41 | | 2,946.15 |
| | | | Dividend paid 100.00% on $12.66;  Claim# 2PI; Filed: $12.66 | 7990-000 | 12.66 | | 2,946.15 |
| | | | Dividend paid 100.00% on $2.59;  Claim# 2UI; Filed: $2.59 | 7990-000 | 2.59 | | 2,946.15 |
| 04/30/15 | 106 | Illinois Department of Revenue | Combined Check for Claims#4U,4P,4PI,4UI | | | 279.11 | 2,667.04 |
| | | | Dividend paid 100.00% on $78.80;  Claim# 4U; Filed: $78.80 | 7100-000 | 78.80 | | 2,667.04 |
| | | | Dividend paid 100.00% on $199.95;  Claim# 4P; Filed: $199.95 | 5800-000 | 199.95 | | 2,667.04 |
| | | | Dividend paid 100.00% on $0.26;  Claim# 4PI; Filed: $0.26 | 7990-000 | 0.26 | | 2,667.04 |

Subtotals :   $50,000.00   $47,332.96

{} Asset reference(s)

Printed: 07/31/2015 02:29 PM    V.13.23

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 14-80299-TML | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | MORLEY, MICHAEL H. | | **Bank Name:** | Rabobank, N.A. |
| | MORLEY, PAMELA J. | | **Account:** | ******1166 - Checking Account |
| **Taxpayer ID #:** | **-***3755 | | **Blanket Bond:** | $8,842,000.00  (per case limit) |
| **Period Ending:** | 07/31/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%         0.10<br>on $0.10;  Claim# 4UI;<br>Filed: $0.10 | 7990-000 | | | 2,667.04 |
| 04/30/15 | 107 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#6,7,6I,7I | | | 2,667.04 | 0.00 |
| | | | Dividend paid 100.00%      2,453.58<br>on $2,453.58;  Claim# 6;<br>Filed: $2,453.58 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%       210.05<br>on $210.05;  Claim# 7;<br>Filed: $210.05 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%         3.14<br>on $3.14;  Claim# 6I;<br>Filed: $3.14 | 7990-000 | | | 0.00 |
| | | | Dividend paid 100.00%         0.27<br>on $0.27;  Claim# 7I;<br>Filed: $0.27 | 7990-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,000.00 | 50,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 50,000.00 | 50,000.00 | |
| | | | Less: Payments to Debtors | | | 29,212.83 | |
| | | | **NET Receipts / Disbursements** | | **$50,000.00** | **$20,787.17** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1166** | 50,000.00 | 20,787.17 | 0.00 |
| | $50,000.00 | $20,787.17 | $0.00 |

{} Asset reference(s)                                                                                           Printed: 07/31/2015 02:29 PM    V.13.23